262 So.2d 37

Willard J. MATTE

v.

POWER RIG DRILLING COMPANY, Inc., et al.

No. 52446.

May 18, 1972.

On the facts found by the Court of Appeal we find no error of law in its judgment.

262 So.2d 37

TUCKER & SCHONEKAS

v.

AL DOHMANN CHEVROLET, INC.

No. 52453.

May 18, 1972.

the judgment is not final.